# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HONORE,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. CHAKMAKIAN, *et al.*,<br><br>        Defendants. | Case No. CV 10-6373 JAK (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the Magistrate Judge's Report and Recommendation ("R&R"), and the remaining record. Plaintiff has not filed formal objections to the R&R. Instead, he has submitted a Letter and document titled "Opposition to Motion," which the Court will construe as Plaintiff's "Objections."

      In the Objections, Plaintiff alleges that medical doctors and correctional officers at Folsom State Prison conspired to murder him in 2011 by administering a fake flu vaccination that caused him to develop "Steven[s] Johnson[] Syndrome." [*See* Docket Nos. 56, 57.] The problem with these allegations, however, is that they have nothing to do with the allegations of the SAC. In fact, the SAC involves different defendants, different medical treatment (post-operative care following hernia operation), a different prison (Ironwood State Prison), and a different time (2009). (*See* R&R at 2-3.) Thus, the Objections fail to address the R&R's

conclusion that the SAC fails to state an Eighth Amendment claim.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action with prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: August 14, 2012

_____

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2