1

2

3

4

5

6     **UNITED STATES DISTRICT COURT**

7     **CENTRAL DISTRICT OF CALIFORNIA**

8

9 JOHN H. HONORE,    ) Case No. CV 10-6373 JAK (JCG)
            )
10     Plaintiff,  )
            ) **JUDGMENT**
11    v.    )
            )
12 DR. CHAKMAKIAN, *et al.,*  )
            )
13     Defendants. )
            )
14 _____ )

15

16   IT IS ADJUDGED that the above-captioned action is **DISMISSED**

17 **WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and

18 Recommendation.

19

20

21 DATED: August 14, 2012

22

23       _____

         HON. JOHN A. KRONSTADT
24       UNITED STATES DISTRICT JUDGE

25

26

27

28